IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

GREGORY LAMB,

       Petitioner,                                         OPINION AND ORDER

     v.                                                    25-cv-910-wmc

STATE OF WISCONSIN DEPARTMENT
OF CORRECTIONS,

       Respondent.
_____

       Petitioner Gregory Lamb, a state prisoner who represents himself, is incarcerated by the Wisconsin Department of Corrections at the Columbia Correctional Institution. Lamb has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging convictions entered against him in Dane County Case Nos. 24CF2901 and 24CF3034. (Dkt. #1.) He also appears to challenge the calculation of his sentence. He has filed motions for discovery, injunctive relief, and release from custody. (Dkts. ##18-20, 24, 28-29, 31.) Under Rule 4 of the Rules Governing § 2254 Cases ("Habeas Rules"), a district court must dismiss the petition if it plainly appears from the pleadings and exhibits that the petitioner is not entitled to relief. After reviewing all of the submissions, the court concludes that the petition must be dismissed because Lamb did not exhaust available state court remedies before filing this action.

       Publicly available state court records reflect that Lamb was convicted in Dane County Case No. 24CF3034 pursuant to his guilty plea on June 13, 2025, of battery or threat to a judge, prosecutor, or law enforcement officer.[1] Lamb was charged with felony bail jumping in Dane County Case No. 24CF2901, but those charges were dismissed and read in when Lamb

---

[1] *See* Wisconsin Circuit Court Access, at: https://wicourts.gov (last accessed Dec. 1, 2025).

1

entered another guilty plea on June 13, 2025, to battery or threat to a judge, prosecutor, or law enforcement officer in Dane County Case No. 23CF3118. Public records and exhibits provided by Lamb reflect that he has numerous other prior convictions.

Lamb now seeks relief on the grounds that: (1) the state court clerk of court failed to afford him pretrial release on a cash bond; and (2) his appointed defense counsel rendered ineffective assistance of counsel. (Dkt. #1, at 6-7.) The available procedures for review of Wisconsin criminal convictions are set forth in Wis. Stat. §§ 974.02 and 974.06. Lamb acknowledges that he did not file an appeal or seek post-conviction review of his conviction or the sentence that he received in either case. (*Id*. at 3-6.) A federal court may not grant habeas relief from a state court judgment of conviction unless the petitioner "has exhausted the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1)(A); *O'Sullivan v. Boerckel*, 526 U.S. 838, 848 (1999). Because Lamb has not attempted to exhaust available state court remedies with respect to any of his claims, his petition must be dismissed for lack of exhaustion.

ORDER

IT IS ORDERED THAT:

1) The federal habeas corpus petition filed by Gregory Lamb (Dkt. #1) is DISMISSED without prejudice for lack of exhaustion.
2) All of petitioner's pending motions (dkts. ## 18-20, 24, 28-29, 31) are DENIED.
3) A certificate of appealabiliy is DENIED.

Entered this 1st day of December, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge